IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROy GLOVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:18-CV-571-WKW |
| ) | [WO] |
| ALABAMA DEPARTMENT OF ) | |
| TRANSPORTATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On March 19, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 9.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 9) is ADOPTED, and Plaintiff's action against the Defendants is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 29th day of April, 2019.

                                          /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE